COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      *Sabrina K. Taylor v. Michael Allon, M.D. and Christus St. Catherine Hospital*

Appellate case number:   01-10-00231-CV

Trial court case number: 2009-60378

Trial court:              190th District Court of Harris County

Date motion filed:        October 2, 2013

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Bland

Date: October 29, 2013